**FILED - GR**
February 8, 2013 4:21 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: JEM /     SCANNED BY: JM / ?

UNITED

# memorandum

DATE: February 7, 2013

REPLY TO
ATTN OF: Jennifer

SUBJECT: Possibly Related Case

CASE NUMBER: _____

CASE CAPTION: Vorce v. Lake Michigan Credit Union et al

TO: Magistrate Judge Scoville

According to the Complaint the attorney of record indicates this case is related to the cases listed below:

Judge Robert Holmes Bell

Case Number 1:12-cv-1150

Case Number 1:08-cr-282

Case Number _____

____ Case is related     ____ Case is not related

Pursuant to Local Civil Rule 3.3(d)(iii)(A), civil cases are deemed related when a filed case:

____ (1) relates to property involved in an earlier numbered pending suit

✓ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _Related to civil case 1:12cv1150 presently [against?] Credit Union_

Dated: 2/8/2013          _[signature]_
                         Signature

------------------------------------------------

✓ Direct assignment performed       JM       2/8/13
____ Random assignment performed    Initials   Date

9/06