UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MICHAEL BRUCE VORCE, #09764-089,

        Plaintiff,

                                      File No. 1:13-CV-132

v.

                                      HON. ROBERT HOLMES BELL

LAKE MICHIGAN CREDIT UNION, et al.,

        Defendants.

_____/

**J U D G M E N T**

    In accordance with the order entered this date,

    **JUDGMENT** is entered in favor of Defendants.


Dated: <u>April 10, 2013</u>                 /s/ Robert Holmes Bell
                                      ROBERT HOLMES BELL
                                      UNITED STATES DISTRICT JUDGE